**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**BARBARA FEINMAN,**

**Plaintiff,**

**v.** **Civil Action No. 08-2188 (EGS/JMF)**

**CENTRAL INTELLIGENCE AGENCY *et al.*,**

**Defendants.**

**EIGHTH REPORT AND RECOMMENDATION**

This case was referred to me for Reports and Recommendations on all dispositive motions. Currently pending and ready for resolution is the Central Intelligence Agency's Motion for Partial Summary Judgment [#57]. It appearing that in Plaintiff's Notice of Concession of Count One and Count Two [#59], plaintiff has conceded the counts raised in defendant's motion, I hereby, recommend that defendant's motion be granted and that these claims be dismissed with prejudice.

**Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations. See Thomas v. Arn, 474 U.S. 140 (1985).**

Digitally signed by John M. Facciola
DN: c=US, st=DC, ou=District of Columbia, email=John_M._Facciola@dcd.uscourts.gov, o=U.S. District Court, District of Columbia, cn=John M. Facciola
Date: 2011.01.25 12:39:08 -05'00'

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE